```
HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRISPIN GONZALEZ-MORAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-CR-290 LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| CRISPIN GONZALEZ-MORAS, | DATE: October 1, 2013 |
| | TIME: 9:15 a.m. |
| Defendant. | JUDGE: Hon. Lawrence K. Karlton |

CRISPIN GONZALEZ-MORAS by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for September 4, 2013, be continued to October 1, 2013, at 9:15 a.m.

This continuance is being requested because defense counsel requires additional time to review the proposed plea agreement with the defendant.

Counsel agrees that the time from August 28, 2013 through October 1, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

DATED: August 28, 2013                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /S/ Matthew C. Bockmon
                                                  MATTHEW C. BOCKMON
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  CRISPIN GONZALEZ-MORAS


DATE: August 28, 2013                     BENJAMIN B. WAGNER
                                                  United States Attorney


                                                  /S/ Matthew C. Bockmon for
                                                  NIRAV K. DESAI
                                                  Assistant United States Attorney

## **O R D E R**

     IT IS HEREBY ORDERED that this matter is continued to October 1, 2013, at 9:15 a.m., for further Status Conference.

     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from August 28, 2013 up to and including October 1, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: September 3, 2013

                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT