HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
CRISPIN GONZALEZ-MORAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-cr-290 LKK |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | ) ) | |
| CRISPIN GONZALEZ-MORAS, | ) ) | Date:   November19, 2013 Time:   9:15 a.m. |
| Defendant. | ) ) | Judge:  Honorable Lawrence K. Karlton |

CRISPIN GONZALEZ-MORAS by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for October 29, 2013, be continued to November 19, 2013, at 9:15 a.m.

This continuance is being requested because defense counsel requires additional time to review the proposed plea agreement with the defendant and the staff interpreter.

Counsel agrees that the time from October 29, 2013 through November 19, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

/ / /

/ / /

| | |
|---|---|
| DATED: October 24, 2013 | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for CRISPIN GONZALEZ-MORAS |
| DATED: October 24, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Matthew C. Bockmon for*<br>NIRAV K. DESAI<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 29, 2013, status conference hearing be continued to November 19, 2013, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 19, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: October 25, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT