1  BENJAMIN B. WAGNER
United States Attorney
2  NIRAV K. DESAI
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5
Attorneys for Plaintiff
6  United States of America

7

8

IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                          CASE NO.  2:12-CR-0290 LKK

12                                Plaintiff,            ORDER RE: SCHEDULING STATUS
                                                       CONFERENCE AND EXCLUDING TIME UNDER
13                         v.                          SPEEDY TRIAL ACT

14  CRISPIN GALIANA GONZALEZ-MORAS,                    DATE: December 17, 2013
       aka Alejandro Vargas Sanchez,                   TIME: 9:15 a.m.
15     aka Crispin Gonzalez,                           COURT: Hon. Lawrence K. Karlton

16                                Defendant.

17

18        On December 17, 2013, the Court held a status conference in this case.  Assistant United States

19  Attorney Nirav K. Desai appeared on behalf of plaintiff, the United States of America.  Assistant

20  Federal Defender Matthew Bockmon appeared with defendant Crispin Galiana Gonzalez-Moras, who

21  were present and in custody.

22        AFD Bockmon requested to be relieved as counsel of record, per his client's wishes, and the

23  Court granted that request.  The Court appointed Michael Chastaine, Esq. to serve as the defendant's

24  new appointed counsel.  This Court granted a continuance for a further status conference/ to January 14,

25  2014, at 9:15 a.m., and excluded time under Local Code T4 to allow for Mr. Chastaine's preparation

26  following his appointment.

27        Having found that the ends of justice served by continuing the case as requested outweigh the

28  interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial

ORDER RE: SCHEDULING STATUS CONFERENCE AND          1
EXCLUDING TIME

1   Act, the Court therefore excluded time from December 17, 2013, to, and including, January 14, 2014,

2   from computation of time within which the trial of this matter must be commenced, pursuant to Local

3   Code T4.

4   Dated: December 17, 2013

5

6   LAWRENCE K. KARLTON
    SENIOR JUDGE
7   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: SCHEDULING STATUS CONFERENCE AND          2
EXCLUDING TIME